FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

2008 OCT 15 PM 2: 11

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORID
FORT MYERS, FLORIDA

JERRI JOANN JOHNSON,
                    **Plaintiff,**

v.                                              **Case No. 2:08-cv-765-FtM-29SPC**

GREGORY ELECTRIC COMPANY, INC.,
                    **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__  IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                    U.S. Equal Employment Opportunity Commission_____
                    EEOC Charge No. 510-2007-02491_____
                    _____
                    _____

____  IS NOT        related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

   I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:   10/15/2008

Jerri Joann Johnson
12571 Equestrian Circle #905
Ft. Myers, Florida 33907
(321)501-1975